UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDERICO GONZALEZ,  ) | |
| ID # 31225-177,        ) | |
|                        ) | CIVIL ACTION NO. |
| Petitioner,      ) | |
|                        ) | 3:11-CV-0634-G (BH) |
| VS.                    ) | |
|                        ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA,  ) | 3:03-CR-329(13)-G |
|                        ) | |
| Respondent.      ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the petitioner's *Hand Writing Motion and Affidavit and letter* (docket entry 46) is

construed as a motion for relief from judgment pursuant to Rule 60(b) and is **DENIED**.

   **SO ORDERED**.

July 16, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**
